Adolph Hulcher and Austin W. Hulcher, d/b/a Adolph Hulcher & Son, Plaintiffs-Appellees, v. C. C. Adcock and Clarence F. Steckel, Defendants. Clarence F. Steckel, Defendant-Appellant.

Gen. No. 10,287.

Third District.

April 11, 1960.

Julian Hutchens, and Londrigan and Londrigan, for defendant-appellant; John W. Russell, for plaintiffs-appellees. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full.